JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **CV 09-5918-VBF(CWx)**                                 Dated: **September 23, 2009**

Title:   Kimi Ko, et al. *-v-* Wells Fargo Bank, NA, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                              None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER DISMISSING ACTION FOR PLAINTIFFS' FAILURE TO FOLLOW COURT ORDERS AND FAILURE TO PROSECUTE**

The Court DISMISSES this Action for Plaintiffs' failure to comply with this Court's orders and failure to prosecute.

The record reflects that Plaintiffs failed to appear at the September 14, 2009 Scheduling Conference, in violation of this Court's August 17, 2009 Order. *See* Docs. 6, 20. At the September 14, 2009 Scheduling Conference, the Court set an Order to Show Cause Re Plaintiffs' Failure to Appear, and ordered Plaintiffs to file a written response to the OSC by September 21, 2009. *See* Doc. 20. The Court's September 14, 2009 Order specifically stated that failure to comply with the Order could result in the sanction of dismissal. *Id.*

MINUTES FORM 90                                          Initials of Deputy Clerk   rs
CIVIL - GEN

Plaintiffs have failed to comply with the Court's September 14, 2009 Order, in that Plaintiffs have not submitted a written response to the OSC. Accordingly, the action would be dismissed for Plaintiffs' failure to comply with this Court's August 17, 2009 and September 14, 2009 Orders. *See* L.R. 83-7 (failure to conform to Local Rules may subject offending party or counsel to appropriate sanctions under the circumstances). In light of the record, the Court finds that dismissal is the appropriate sanction for Plaintiffs' failure to comply with the Court's Orders.

Additionally, the Court notes that Plaintiffs have failed to prosecute this action. Plaintiffs' failure to prosecute provides an independent ground for dismissal. Plaintiffs failed to appear at the Scheduling Conference. *See* FRCP 41(b); L.R. 41-5 ("If a party, without notice to the Court, fails to appear at the noticed call of any action or proceeding, the matter is subject to dismissal for want of prosecution."). Additionally, the Court notes that Plaintiffs have not filed opposition papers in response to the Defendants' pending Motions to Dismiss (Docs. 7, 11), set for hearing on October 5, 2009. Plaintiffs' Opposition(s) should have been filed on or before September 21, 2009. *See* L.R. 7-9 (opposition papers shall be filed 14 days prior to the hearing). The failure to file an opposition "may be deemed consent to the granting . . . of the motion." L.R. 7-12. Accordingly, the action would be dismissed for Plaintiffs' failure to prosecute.

**The hearing on the Order to Show Cause, set for September 24, 2009 at 9:00 a.m. is vacated and the matter taken off calendar. The October 5, 2009 hearing on Defendants' Motions to Dismiss (Docs. 7, 11) is also vacated and the matters taken off calendar.**

IT IS SO ORDERED.